IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARVIN EALY,

    Plaintiff,

v.                                                     CASE NO. 5:15-cv-00305-MP-EMT

CCA, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 18, 2015. (Doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 9. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. While the Court recognizes that Plaintiff is required to rely other inmates to assist him with his legal matters, the fact that he is legally blind and pro se does not excuse Plaintiff from following Court procedures. Furthermore, while it may be plausible for a party to forget a single case in a line of many cases, the fact that there has been recent activity in the case in question, *Ealy v. FDOC, et al.*, Case No. 5:14-cv-151, leads this court to believe that Plaintiff was actually aware or should have been aware of that case's existence when filing the complaint in the instant case.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 8, is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this _6th_ day of January, 2016

                               *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge